# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:18-cv-00512-MR

| | |
|---|---|
| LORETTA HAGANS GREENE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of the Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause and Motion to Extend Time for Service [Doc. 6].

On January 2, 2019, the Court entered an Order directing the Plaintiff to show cause for her failure to effect service of the Summons and Complaint on the Defendant. [Doc. 5]. On January 16, 2019, the Plaintiff filed the present Response to the Show Cause Order, along with a motion for an extension of time to perfect service on the Defendant. [Doc. 6]. In her Response, counsel for the Plaintiff explains that the failure to effect service was the result of an internal administrative error, and she requests an extension of time to serve the Defendant. [Id.].

Upon review of counsel's Response, the Court finds that counsel has demonstrated excusable neglect for the failure to serve the Defendant in a timely manner. Accordingly, the Court will allow a brief extension of time for service in this case.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Extend Time for Service [Doc. 6] is **GRANTED**, and the Plaintiff shall have thirty (30) days from the entry of this Order within which to perfect service on the Defendant.

**IT IS FURTHER ORDERED** that the Show Cause Order [Doc. 5] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: January 22, 2019

Martin Reidinger
United States District Judge