# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Loretta Hagans Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00512-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2020, Order.

January 15, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court